UNITED STATES of America, Plaintiff—Appellee,

v.

Ramon AGUILAR–MAYORAL, Defendant—Appellant.

No. 00–50064.

D.C. No. CR–99–02584–WBE.

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 14, 2002.

Before RYMER, T.G. NELSON, and THOMAS, Circuit Judges.

MEMORANDUM **

Ramon Aguilar–Mayoral appeals from his guilty-plea conviction and sentence for

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

importation of marijuana, in violation of 21 U.S.C. §§ 952 and 960. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.[1]

Aguilar–Mayoral contends that section 960 is unconstitutional under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). This contention is foreclosed by *United States v. Mendoza–Paz,* 286 F.3d 1104 (9th Cir.2002).

**AFFIRMED.**

---

1. We reject the government's contention that Aguilar–Mayoral's unconditional guilty plea waives the right to appeal the constitutionality of the applicable statute. *See United States v. Montilla,* 870 F.2d 549, 552 (9th Cir.1989) (discussing "jurisdictional" exception to waiver by guilty plea), *amended by* 907 F.2d 115 (9th Cir.1990).

